# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Cynthia S. Brandt<br>         Debtor, | Chapter: 13<br>Case No: 10–41233<br>Judge Henry J. Boroff |

## ORDER TO UPDATE

**TO THE DEBTOR AND DEBTOR'S COUNSEL, IF ANY: You are hereby ORDERED to electronically file with this Court the document( s ) checked below. (NOTE: ONLY ATTORNEYS ARE REQUIRED TO FILE ALL DOCUMENTS ELECTRONICALLY PURSUANT TO MEFR 7.)**

- ☐ – Matrix Sheet: (If filed electronically Matrix needs to be uploaded under Creditor Maintenance and in .txt format.)
  Due on:
- ☐ – UpLoad Creditor Matrix: (Matrix filed in improper format: Matrix needs to be uploaded under Creditor Maintenance and in .txt format.)
  Due on:
- ☐ – Statement of Social Security/Tax ID Numbers. Official Form 21.
  Due on:
- ☐ – Declaration Regarding Electronic Filing. Local Form 7.
  Due on:
- ☐ – Disclosure of Compensation of Bankruptcy Petition Preparer. Official Form 280 (Pro se Debtors Only).
  Due on:
- ☐ – Declaration and Signature of Non–Attorney Petition Preparer (11 USC §110). Official Form 19A.
  Due on:
- ☐ – Notice to Debtor by Bankruptcy Petition Preparer. Official Form 19B.
  Due on:
- ☑ – Certification of Credit Counseling and, if provided one during counseling, a copy of the Debtor Repayment Plan (if completed prior to filing); or a Certified Request for an Extension of Time [see Local Official Form 9(Enclosed)]
  Due on: **4/1/10** *
  *NOTE: There may be other conditions or limitations set forth in section 109(h) of the bankruptcy code or orders of the courts.
- ☐ – Other:

**PLEASE SEE NEXT PAGE FOR ADDITIONAL MISSING DOCUMENTS**

Order to Update (Continued)

Chapter: 13
Case No: 10–41233
Judge Henry J. Boroff

**ANY of the Documents checked below must be filed by 4/1/10 at 4:30 p.m.**

- ☐ – Debtor(s) Telephone Number. (Pro se Debtors Only).
- ☐ – The petition must be signed by Attorney/Debtor.
- ☐ – Schedule( s )
- ☐ – Statement of Financial Affairs Official Form B7.
- ☐ – Summary of Schedules.
- ☐ – Statistical Summary of Certain Liabilities.
- ☐ – Exhibit "D" Official Form 1 (Individual Debtor's Statement of Compliance With Credit Counseling Requirement).
- ☐ – Statement of Attorney Compensation Official Form 203.
- ☐ – Notice to Individual Consumer Debtor(s) (Form B201A).
- ☐ – Certification of Notice to Individual Consumer Debtor(s) (Form B201B).
- ☐ – Disposable Monthly Income Official Form B 22C (Chapter 13).
- ☐ – Chapter 13 Plan.
    - ☐ – Plan filed was incomplete or unsigned.
- ☐ – Chapter 13 Agreement Between Debtor and Counsel MLBR Official Form 8.
- ☑ – Evidence of current and sufficient liability and property insurance.
- ☐ – Verified statement or an unsworn declaration as required by FRBP 1008 and in accordance with 28 USC §1746.
- ☐ – New Schedule listing post–petition creditors ( in converted cases only ). Please check one, then sign and date and return to the Court at the address below.
    - ☐ – List and Verified Declaration attached. If filed electronically, Official Form 7 required also.
    - ☐ – No post–petition creditors _____ .
      Signature / Date

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO FILE THE REQUESTED DOCUMENTS MAY RESULT IN THE DISMISSAL OF YOUR BANKRUPTCY CASE, IF NOT FILED AS NOTED ABOVE. ALSO, PLEASE NOTE THAT IF NOT EARLIER DISMISSED, THE CASE MUST BE AUTOMATICALLY DISMISSED UNDER 11 U.S.C. §521(i) IF CERTAIN DOCUMENTS ARE NOT FILED WITHIN 45 DAYS OF THE DATE OF THE FILING OF THE PETITION. SHOULD YOU REFILE BANKRUPTCY WITHIN 12 MONTHS OF THE DISMISSAL, THE AUTOMATIC STAY MAY BE LIMITED OR TERMINATED DEPENDING UPON YOUR CIRCUMSTANCES. IF YOU HAVE QUESTIONS, YOU MAY WISH TO CONSULT AN ATTORNEY TO PROTECT YOUR RIGHTS.**

**Forms may be downloaded from the U.S. Bankruptcy Court website at www.mab.uscourts.gov.**

○ United States Bankruptcy Court
John. W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

⦿ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

Date:3/18/10

By the Court,

Paula Fontaine
Deputy Clerk
413–785–6906